## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - All | **DATE** | 12/05/2007 |
| **CASE TITLE** | USA vs. Ju Wen Zhou, et al | | |

**DOCKET ENTRY TEXT**

Government's Motion to Seal Criminal Complaint is granted. Case ordered sealed. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|