Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 10 | **DATE** | 12/11/2007 |
| **CASE TITLE** | USA vs. Jong Kyun Chae | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jong Kyun Chae appears in response to arrest on 12/11/07. Defendant informed of his rights. Government and defendant agree on certain conditions of release. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

Courtroom Deputy Initials: LXS