*JH*

FILED

DEC 1 1 2007

*Dec. 11, 2007*

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case  07 CR 799-10

*Ju Wen Zhou, et. al*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Johng Kyun Chae*

| | |
|---|---|
| SIGNATURE s/ | *Jeffry S. Weiner* |
| FIRM | *Weiner & RATZAN, P.A.* |
| STREET ADDRESS | *Two DATRAN CENTER, Suite 1910* |
| CITY/STATE/ZIP | *MIAMI, FL. 33156* |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER *305 670-9919* |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐ | |