## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799-10, 23, 24 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Jong Kyun Chae, Jerry Left, Hubert Chow | | |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendants Jerry Left and Hubert Chow appear in response to arrest on 02/26/08. Defendants informed of their rights. Government and defendants Left and Chow agree on certain conditions of release. **Arraignment proceedings held.** Defendants Jong Kyun Chae, Jerry Left and Hubert Chow informed of their rights. Defendants Chae, Left and Chow waive formal reading of the Indictment and enter plea(s) of not guilty. Rule 16 conference to be held by 03/21/08. Pretrial motions are due by 04/18/08. Responses to be filed by 05/16/08. Status hearing before Judge Guzman is set for 05/22/08 at 10:30 a.m. Government's oral motion to exclude time is granted. Time ordered excluded from 02/22/08 to and including 05/22/08.

(X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|