**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number:
U.S.A. v. Jung Kyun CHAE | 07-CR-0799

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jung Kyun CHAE

**FILED**
FEB 26 2008
2-26-08
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) JEFFREY S. WEINER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM WEINER & RATZAN, P.A. | |
| STREET ADDRESS 9130 S. Dadeland Blvd., Suite 1910 | |
| CITY/STATE/ZIP MIAMI, FL. 33156 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ILL.BAR# 2964856 | TELEPHONE NUMBER 305 670-9919 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |