# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 10 | **DATE** | 6/30/08 |
| **CASE TITLE** |  | USA vs. CHAE | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to count 1 and enters plea of guilty to count 1. Defendant informed of rights. Judgment of guilty withheld. Status hearing set for 11/5/08 at 10:30 a.m. Defendant's presence is waived at the next status.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CG |
|---|---|---|